1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Francis M. Aguirre

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12 | FRANCIS M. AGUIRRE,              ) Case No.: CV 10-7829 PJW
   |                                  )
13 |         Plaintiff,                ) ORDER OF DISMISSAL
   |                                  )
14 |     vs.                           )
   |                                  )
15 | MICHAEL J. ASTRUE,                )
   | Commissioner of Social Security,  )
16 |                                  )
   |         Defendant.                )
17 |_____)

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
   DATE: March 25, 2011
22                                      _____
                                        THE HONORABLE PATRICK J. WALSH
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

                                      -1-

1  DATE: March 23, 2011          Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                 /s/ Brian C. Shapiro
3                            BY:_____
                                 Brian C. Shapiro
4                                Attorney for plaintiff Francis M. Aguirre

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26